IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LORENZO REYES,

     Plaintiff,

  v.

BANK OF AMERICA, NATIONAL ASSOCIATION, et al.,

     Defendants.

No. C 12-4151 MMC

**ORDER RE: NOTICE OF SETTLEMENT**

Before the court is plaintiff's "Notice of Settlement," filed September 13, 2012, in which plaintiff states the parties "have reached a settlement in principle" and request all pending dates be vacated. Given the current schedule, which is based on a Case Management Conference set for January 18, 2013, the parties' request to vacate is hereby DENIED, without prejudice to the parties' renewing said request at such time as a final settlement has been reached.

**IT IS SO ORDERED.**

Dated: September 14, 2012

                             MAXINE M. CHESNEY
                             United States District Judge