1  SCOTT J. SAGARIA (BAR # 217981)
   SJSagaria@sagarialaw.com
2  ELLIOT W. GALE (BAR # 263326)
   Egale@sagarialaw.com
3  SAGARIA LAW, P.C.
   333 West San Carlos Street, Suite 1750
4  San Jose, CA 95110
   408-279-2288 ph
5  408-279-2299 fax

6  Attorneys for Plaintiff

7  Abraham J. Colman (CA 146933)
   acolman@reedsmith.com
8  Raagini Y. Shah (CA 268022)
   rshah@reedsmith.com
9  **REED SMITH LLP**
   355 South Grand Avenue, Suite 2900
10 Los Angeles, CA 90071-1514
   Telephone: 213.457.8000; Facsimile: 213.457.8080
11 Attorneys for Defendant Bank of America, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LORENZO REYES, | Case No.: 3:12-cv-04151-MMC |
|---|---|
| Plaintiff, | STIPULATED REQUEST FOR DISMISSAL AND ORDER THEREON |
| v. | |
| BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully requests that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

STIPULATED REQUEST FOR DISMISSAL - 1

1 | Dated: October 2, 2012 /s/ Elliot Gale

Elliot Gale, Esq.
Sagaria Law, P.C.
Attorney for Plaintiff

5 | Dated: October 2, 2012 /s/ Raagini Shah
Raagini Shah
Reed Smith LLP

Attorneys for Defendant
Bank of America, N.A.

Dated: October 16, 2012



IT IS SO ORDERED

Judge Maxine M. Chesney