| | |
|---|---|
| 1 | SCOTT J. SAGARIA (BAR # 217981) |
| | SJSagaria@sagarialaw.com |
| 2 | ELLIOT W. GALE (BAR # 263326) |
| | Egale@sagarialaw.com |
| 3 | SAGARIA LAW, P.C. |
| | 333 West San Carlos Street, Suite 1750 |
| 4 | San Jose, CA 95110 |
| | 408-279-2288 ph |
| 5 | 408-279-2299 fax |
| 6 | Attorneys for Plaintiff |
| 7 | Abraham J. Colman (CA 146933) |
| | acolman@reedsmith.com |
| 8 | Raagini Y. Shah (CA 268022) |
| | rshah@reedsmith.com |
| 9 | **REED SMITH LLP** |
| | 355 South Grand Avenue, Suite 2900 |
| 10 | Los Angeles, CA 90071-1514 |
| | Telephone: 213.457.8000; Facsimile: 213.457.8080 |
| 11 | Attorneys for Defendant Bank of America, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO REYES, | Case No.: 3:12-cv-04151-MMC |
| Plaintiff, | STIPULATED REQUEST FOR DISMISSAL AND ORDER THEREON |
| v. | |
| BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully requests that the above captioned matter be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

STIPULATED REQUEST FOR DISMISSAL - 1

1  Dated:   October 2, 2012                    /s/ Elliot Gale

                                               Elliot Gale, Esq.
                                               Sagaria Law, P.C.
                                               Attorney for Plaintiff

5  Dated: October 2, 2012                      /s/ Raagini Shah
                                               Raagini Shah
                                               Reed Smith LLP

                                               Attorneys for Defendant
                                               Bank of America, N.A.

Dated:   October 16, 2012



IT IS SO ORDERED
Judge Maxine M. Chesney